STATE of Missouri, Respondent,

v.

Todd E. CONNELL, Appellant.

Todd E. CONNELL, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 47500, WD 49448.

Missouri Court of Appeals, Western District.

June 6, 1995.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

Consolidated appeal from convictions of involuntary manslaughter, § 565.024.1, RSMo 1994, and assault in the second degree, § 565.060.1, RSMo 1994, and from the denial of defendant's Rule 29.15 motion for post-conviction relief following an evidentiary hearing.

Affirmed. Rules 30.25(b) and 84.16(b).